[No. 46702-0-II.   Division Two.   January 12, 2016.]

ALPACAS OF AMERICA, LLC, *Respondent*, v. SAM GROOME ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00840-7, Gary R. Tabor, J., entered September 12, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 47045-4-II.   Division Two.   January 12, 2016.]

SANDRA A. WITZEL, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-2-00285-0, Kevin D. Hull, J., entered December 2, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.

[No. 47188-4-II.   Division Two.   January 12, 2016.]

DANIEL KRULL ET AL., *Respondents*, v. AIKO LAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-2-03485-1, David E. Gregerson, J., entered December 26, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, J.; Bjorgen, A.C.J., dissenting.

[No. 31997-1-III.   Division Three.   January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN ROSS HACKNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-1-00039-1, John W. Lohrmann, J., entered October 14, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.